United States Court of Appeals
Fifth Circuit

**F I L E D**

February 1, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-11042
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

PARIS D ST JOHN

        Defendant - Appellant


----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
3:03-CR-442
----------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.


    IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to the district court for resentencing is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.